### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  21-80022-CIV-SMITH/MATTHEWMAN

ZURICH AMERICAN INSURANCE CO., *ET AL.*,

      Plaintiffs,

vs.

TJG, LLC,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiffs' Motion for Assessment of Attorneys' Fees and Costs Pursuant to Federal Rule of Civil Procedure 54(d)(2)(A) [DE 27].  In the Report and Recommendation, Magistrate Judge Matthewman recommends granting in part Plaintiffs' Motion for Assessment of Attorneys' Fees and Costs Pursuant to Federal Rule of Civil Procedure 54(d)(2)(A) [DE 22].  No objections have been filed.

Accordingly, having reviewed the Report and Recommendation, Plaintiffs' Motion for Assessment of Attorneys' Fees and Costs, the record, and given that no objections have been filed, it is

**ORDERED** that:

1)    The Magistrate Judge's Report and Recommendation on Plaintiffs' Motion for Assessment of Attorneys' Fees and Costs Pursuant to Federal Rule of Civil Procedure 54(d)(2)(A) [DE 27] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)       Plaintiffs' Motion for Assessment of Attorneys' Fees and Costs Pursuant to Federal

Rule of Civil Procedure 54(d)(2)(A) [DE 22] is **GRANTED in part**.  Plaintiffs are entitled to

$8,837.20 in attorneys' fees and costs.

3)       The Court will enter a separate judgment.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of September, 2021.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record